NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**MANUFACTURING RESOURCES
INTERNATIONAL, INC.,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————————

2024-2300

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00255.

———————————————

**JUDGMENT**

———————————————

DAVID A. REED, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant.  Also represented by MICHAEL T. MORLOCK; JOHN C. ALEMANNI, CARL SANDERS, Raleigh, NC.

ROBERT MCBRIDE, Office of the Solicitor, United States

Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NICHOLAS THEODORE MATICH, IV, ROBERT J. MCMANUS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 15, 2026
Date

Jarrett B. Perlow
Clerk of Court